IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOBEL NETWORK SHIPPING CO., INC., | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No: 1:21cv04320<br>) |
| v. | ) Judge Koeltl<br>) |
| SHORES GLOBAL, LLC and SHORES EUROPE APS, | ) Magistrate Judge Moses<br>)<br>) |
| Defendants. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022

## AGREED ORDER OF COMPROMISE AND DISMISSAL OF ACTION

As evidenced by the signatures below, Plaintiff Sobel Network Shipping Co., Inc. and Defendants Shores Global, LLC and Shores Europe ApS have resolved all matters in controversy arising in this action and are in agreement that the action should be dismissed. Based on the Parties' agreement, and the Parties' joint submission of a stipulation of dismissal, it is, therefore,

**ORDERED, ADJUDGED and DECREED** that this action (including all claims pending therein) is hereby dismissed with prejudice. Each Party shall bear its attorney's fees, court costs, and discretionary costs associated with this action.

It is so **ORDERED**.

_/s/ Barbara Moses_
~~UNITED STATES DISTRICT JUDGE~~
BARBARA MOSES
United States Magistrate Judge
July 28, 2022

4866-9005-0598

PROPOSED AND SUBMITTED FOR ENTRY BY:

*/s/ Aron Karabel*
Aron Z. Karabel (No. 4375176)
John E. Haubenreich (*pro hac vice*)
Taylor J. Askew (*pro hac vice*)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
aron.karabel@wallerlaw.com
john.haubenreich@wallerlaw.com
taylor.askew@wallerlaw.com

*Attorneys for Plaintiff Sobel Network Shipping Co., Inc.*

*/s/ Bernardo Nacouzi (with permission)*
Jeffrey W. Gutchess
Bernardo Nacouzi de Mello Franco
AXS Law Group, PLLC
2121 NW 2nd Avenue
Suite 201
Miami, FL 33127
jeff@axslawgroup.com
bernardo@axslawgroup.com
eservice@axslawgroup.com

*Attorneys for Defendants Shores Global, LLC and Shores Europe ApS*